# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STROMBERGER FAMILY, LLC, a Colorado limited liability company;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KAYLENE L. SILVESTER, an individual; UNITED STATES OF AMERICA, acting through the Internal Revenue Service; and TYLER S. PRIBBENO,**<br><br>**Defendants.** | **7:26CV5004**<br><br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on February 11, 2026. (Filing No. 1). On February 24, 2026, Plaintiff filed a summons return for the United States, (Filing No. 9), which has now filed an answer, (Filing No. 11). Plaintiff did not request or return summons for defendant Tyler Pribbeno, but counsel entered an appearance for Defendant Pribbeno on April 17, 2026.[1] Plaintiff also filed a summons return certifying defendant Kaylene Silvester was served by a Chief Deputy Sheriff with the Chase County Sheriff's Office on February 18, 2026. (Filing No. 8). To date, Defendant Silvester has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss Defendant Silvester, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action must be dismissed as to Defendant Silvester. Accordingly,

---

[1] However, the record does not contain a signed waiver indicating when Defendant Pribbeno's answer is due.

**IT IS ORDERED:** On or before **June 2, 2026**, Plaintiff must show cause why this case should not be dismissed as to defendant Kaylene Silvester for failure to prosecute or take some other appropriate action.

Dated this 7th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

2